UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

RASHEED AHMAD,

                              Plaintiff,

-against-

THE CITY OF NEW YORK, et al.,

                             Defendants.

------------------------------------------------------------------X

25-CV-4166 (PAE) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge.**

On August 8, 2025, Plaintiff filed a motion to strike Defendants' "affirmative defense of qualified immunity from Defendants' answer." ECF No. 21. Defendants, however, have not filed a response to the complaint, yet, and their deadline to do so has not lapsed. See ECF Nos. 15, 18, 19. Defendants therefore have not raised any affirmative defenses. As such, Plaintiff's motion to strike is premature and denied without prejudice. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 21.

      SO ORDERED.

DATED:     New York, New York
              August 12, 2025

_____
VALERIE FIGUEREDO
United States Magistrate Judge