

**T**HE **C**ITY OF **N**EW **Y**ORK

**LAW DEPARTMENT**

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

100 CHURCH STREET
NEW YORK, NY 10007

**THOMAS LAI**
*Senior Counsel*
E-mail:tlai@law.nyc.gov
Phone: (212) 356-2336
Fax: (212) 356-3509

November 24, 2025

**VIA ECF**
Honorable Valerie Figueredo
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    *Rasheed Ahmad v. City of New York*, *et al.*
25 Civ. 04166 (PAE)(VF)

Your Honor:

I am a Senior Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, and the attorney assigned to represent defendant City of New York in this matter. The City writes to respectfully request an extension from November 24, 2025 to December 19, 2025, to file its motion to dismiss the Amended Complaint. This is the first request for an extension. The undersigned contacted *Pro se* Plaintiff via telephone to inquire if Plaintiff consents to the instant request and was advised to send Plaintiff an email concerning this request. No further response from Plaintiff has been received.

On October, 24, 2025, the City requested a briefing schedule for its anticipated motion to dismiss. Dkt. No. 31. On October 25, 2025, the request was granted and the City's motion was to be filed by November 24, 2025, Plaintiff's opposition to be filed by December 24, 2025, and Defendants reply to be filed by January 14, 2026. During this time period this Office was also to resolve representation with the individual defendants and move on their behalf as well.

Unfortunately, the undersigned was recently on sick leave for multiple days and so more time is needed to draft and finalize the City's motion to adequately address the claims. In addition, for the same reason, the undersigned was unable to meet with the individual defendants to resolve representation. The requested extension will further allow for the undersigned to meet with the individual defendants to resolve representation.

Accordingly, the City respectfully requests that the Court endorse the proposed modified briefing schedule below:

- City's motion will be due on December 19, 2025;
- Plaintiff's Opposition would be due on January 19, 2026; and

- Defendant's Reply, if any, would be due on February 2, 2026.

The City thanks the Court of its attention to this matter.

Respectfully submitted,

*Thomas Lai s/*

Thomas Lai
Senior Counsel
Special Federal Litigation Division

To:    **Via Mail**
Rasheed Ahmad
Plaintiff *Pro Se*
3482 Boston Road
Suite 690327
Bronx, New York 10469

# MEMO ENDORSED

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: November 26, 2025**

The requested extension is GRANTED.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 37. The Clerk of Court is further directed to mail this Order to Plaintiff at the address listed on the docket.

2