UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

RASHEED AHMAD,

                           Plaintiff,

            -against-

THE CITY OF NEW YORK, et al.,

                        Defendants.

-----------------------------------------------------------------X

25-CV-4166 (PAE) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge.**

The Court understands that Plaintiff did not consent to a briefing schedule on the motion to dismiss. However, Defendant is entitled to file a motion to dismiss and a schedule was necessary. Accordingly, the following schedule applies to the forthcoming motion to dismiss:

- Motion to dismiss due on **December 19, 2025**.

- Plaintiff's opposition due on **January 19, 2026**.

- Reply, if any, due on **February 2, 2026**.

If upon receiving Defendant's motion, Plaintiff requires more time to respond, Plaintiff can notify the Court that an extension of time is necessary.

The Clerk of Court is respectfully directed to mail this Order to Plaintiff at the address listed on the docket.

    **SO ORDERED.**

DATED:    New York, New York
              December 3, 2025

                                      VALERIE FIGUEREDO
                                      United States Magistrate Judge