UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

RASHEED AHMAD,

                        Plaintiff,

           -against-

THE CITY OF NEW YORK, et al.,

                        Defendants.

-----------------------------------------------------------------X

25-CV-4166 (PAE) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge.**

In connection with this Court's order directing the parties to meet and confer and submit a proposed case management plan (see ECF No. 59), Defendants argue that discovery should be stayed until after the Court rules on the pending motion to dismiss (ECF No. 60). Plaintiff has not taken a position on this issue. See ECF No. 60. For the reasons set forth below, discovery in this case is hereby stayed.

Pursuant to Federal Rule of Civil Procedure 26(c), the Court has discretion to stay discovery upon a showing of good cause. Mirra v. Jordan, No. 15-CV-4100 (AT) (KNF), 2016 WL 889559, at *2 (S.D.N.Y. Mar. 1, 2016). Courts determining whether to grant a stay of discovery during the pendency of a dispositive motion consider the following factors: "(1) whether the movant has made a strong showing that the non-movant's claim is meritless; (2) the breadth of discovery and the burden of responding to it; and (3) the risk of unfair prejudice to the party opposing the stay." Configure Partners LLC v. RACI Holdings LLC, No. 22-CV-8631 (RA) (JW), 2023 WL 2811135, at *1 (S.D.N.Y. Apr. 6, 2023). The movant bears the burden of showing good cause. Id. Defendants have met that burden here.

First, Defendants have raised strong arguments in their motion to dismiss that Plaintiff's claims are subject to dismissal for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6). See ECF Nos. 45, 54. Second, moving forward with discovery now—given that Defendants' motion may dispose of most of, if not the entire case—is not an efficient use of judicial resources. Finally, a short delay of a few months, to await resolution of the pending motion to dismiss, would not unduly prejudice Plaintiff.

For the foregoing reasons, discovery is stayed pending disposition of the pending motion to dismiss. The Clerk of Court is respectfully directed to mail this order to Plaintiff at the address listed on the docket. The Clerk of Court is further directed to terminate the motion at ECF No. 60.

**SO ORDERED.**

DATED:      New York, New York
            April 6, 2026

_____
VALERIE FIGUEREDO
United States Magistrate Judge