UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RASHEED AHMAD, Plaintiff, -v- THE CITY OF NEW YORK *et al.*, Defendants. | 25 Civ. 4166 (PAE) <br> <u>ORDER</u> |

PAUL A. ENGELMAYER, District Judge:

On July 30, 2026, the Court issued an Opinion and Order adopting the unobjected-to Report and Recommendation of Magistrate Judge Figueredo ("the Report"), which granted summary judgment to defendants on certain claims and dismissed others. Dkt. 67; Dkt. 68. *Pro se* plaintiff Rasheed Ahmad now seeks leave to file objections to the Report out of time, stating that he did not receive the Report until August 17, 2026. Dkt. 69.

The Court reminds Ahmad that it is the obligation of a *pro se* party to monitor the docket in this case. Nonetheless, the Court will treat Ahmad's application as a motion for reconsideration. The Court will give Ahmad two weeks from Friday, *i.e.*, until September 11, 2026, to file objections to the Report, and will give defendants two weeks, *i.e.*, until September 25, 2026, to respond. The Court does not invite a reply. These deadlines will not be extended. For avoidance of doubt, the Court's decision at Docket 68 stands.

The Clerk of Court is respectfully directed forthwith to mail a copy of this Order to Ahmad at:

3482 Boston Rd.
Suite 690327
Bronx, NY 10469

SO ORDERED.

Paul A. Engelmayer

Paul A. Engelmayer
United States District Judge

Dated: August 24, 2026
New York, New York