UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RASHEED AHMAD,

Plaintiff,

-v-

CITY OF NEW YORK *et al.*,

Defendants.

25 Civ. 4166 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On July 30, 2026, the Court issued an Opinion and Order adopting the unobjected-to Report and Recommendation of Magistrate Judge Figueredo (the "Report"), which granted summary judgment to defendants on certain claims and dismissed others. Dkts. 67, 68. On August 18, 2026, *pro se* plaintiff Rasheed Ahmad sought leave to file objections to the Report out of time, stating that he had not received the Report until August 17, 2026. Dkt. 69. On August 25, 2026, the Court treated Ahmad's application as a motion for reconsideration and gave him two weeks to file objections to the Report, until September 11, 2026. Dkt. 70. The Court warned that the deadline would not be extended and reminded Ahmad that it is the obligation of a *pro se* party to monitor the docket. *Id.*

To date, Ahmad has not filed objections or otherwise communicated with the Court. Dkt. 71. Therefore, the Court's Opinion and Order adopting the Report and Recommendation, Dkt. 68, remains in effect. The Court respectfully directs the Clerk of Court to terminate the motion pending at docket 69, and to mail a copy of this order to Ahmad at the address on file.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: September 28, 2026
New York, New York